IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BILL REESE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO. 4:12cv465 |
| | § | |
| LAWRENCE ROACH d/b/a LAW | § | |
| OFFICE OF LARRY ROACH, LAW | § | |
| OFFICE OF LARRY ROACH | § | |
| and DOES 1-10 | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 19, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Lawrence Roach d/b/a Law Office of Larry Roach and Law Office of Larry Roach's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 4) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

1

Therefore, Defendants Lawrence Roach d/b/a Law Office of Larry Roach and Law Office of Larry Roach's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 4) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 4th day of February, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE